IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WENDELL B. HINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00077-J |
| | § | |
| HOME DEPOT U.S.A, INC., | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Home Depot U.S.A., Inc. ("Home Depot") submits the following complete list of all persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Wendell B. Hinson
   *Plaintiff*

2. Home Depot U.S.A., Inc.
   2455 Paces Ferry Road
   Atlanta, Georgia 30339
   *Defendant*

3. The Home Depot, Inc. (Trading Symbol: HD)
   2455 Paces Ferry Road
   Atlanta, GA  30339
   *Parent Corporation of Home Depot U.S.A., Inc.*

4. Charles Dunn
   Law Offices of Charles Dunn
   P. O. Box 311
   Lubbock, Texas  79408-0311
   *Attorneys for Plaintiff*

5.  Arthur K. Smith
    LAW OFFICES OF ARTHUR K. SMITH
    507 Prestige Circle
    Allen, Texas 75002
    *Attorneys for Defendant*

                        Respectfully submitted,

                        By: /s/ *Arthur K. Smith*
                            Arthur K. Smith
                            State Bar No. 18534100

                            LAW OFFICES OF ARTHUR K. SMITH,
                            A Professional Corporation
                            507 Prestige Circle
                            Allen, Texas 75002
                            Telephone: (469) 519-2500
                            Facsimile: (469) 519-2555
                            asmith@aksmithlaw.com

                        ATTORNEYS FOR DEFENDANT
                        HOME DEPOT U.S.A., INC.

## **CERTIFICATE OF SERVICE**

On the 2nd day of May, 2016, a true and correct copy of the foregoing was delivered via facsimile and/or e-mail, to Plaintiff, through his counsel of record, as follows:

Charles Dunn
Law Offices of Charles Dunn
P. O. Box 311
Lubbock, Texas 79408-0311
*Attorneys for Plaintiff*

                            /s/ *Arthur K. Smith*
                            Arthur K. Smith

158916.646\Certificate of Interested Persons